

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Damion Van Flowers v. The State of Texas

Appellate case number:    01-18-01062-CR

Trial court case number:   15-DCR-070030

Trial court:                458th District Court of Fort Bend County

Appellant's brief was originally due on February 8, 2019. Two prior extension requests were granted, extending the deadline to April 29, 2019. The last extension granted by this Court provided that no further extensions would be granted. Despite these extensions, appellant's appointed counsel has failed to file a brief on behalf of appellant. After counsel was notified that the brief was again past due, counsel filed a third extension motion requesting a further extension to May 30, 2019. We grant the extension. An appellant's brief, however, has not been filed by the requested extension date and, thus, the brief remains past due. Unless appellant's brief is filed within **14 days** of this order, this case will be abated and remanded to the trial court for a hearing pursuant to Texas Rule of Appellate Procedure 38.8(b)(2), (3).

It is so ORDERED.


Judge's signature:  ____/s/ Gordon Goodman_____
                                        Acting individually


Date:  ___September 3, 2019___